# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briccetti, Vincent L. | U.S. District Court, Southern District of New York | 05/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Fordham Law Alumni Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Greenwich Anesthesiology Associates, P.C. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 2/18/17-2/20/17 | Rancho Mirage, CA | Bar association meeting and CLE seminar | Transportation, Meals, Lodging |
| 2. | Cornell Law School | 11/6/17-11/7/17 | Ithaca, NY | Guest-teach law school class | Transportation, Meals, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental property #1, South Salem, NY (1993, $62,458) | D | Rent | L | R | | | | | |
| 2. | Chase Bank, various accounts | A | Interest | M | T | | | | | |
| 3. | Comenity Capital Bank (X) | A | Interest | | | Closed | 11/28/17 | J | | |
| 4. | Eaton Vance Floating Rate Advantage (ECFAX) (X) | A | Dividend | J | T | | | | | |
| 5. | Eaton Vance Massachusetts Muni Income (ETMAX) (X) | A | Dividend | J | T | | | | | |
| 6. | Fidelity Growth Company Fund (FDGRX) | B | Dividend | K | T | | | | | |
| 7. | Fidelity Treasury Fund (FZFXX) | A | Dividend | J | T | | | | | |
| 8. | First Trust Large Cap Core Alphadex (FEX) (X) | A | Dividend | J | T | | | | | |
| 9. | First Trust Mid Cap Core Alphadex (FNX) (X) | A | Dividend | J | T | | | | | |
| 10. | iShares S&P National Municipal Bond (MUB) | A | Dividend | J | T | Buy | 09/11/17 | J | | |
| 11. | iShares MSCI Emerging Mkts Minimum Volatility Index (EEMV) | A | Dividend | J | T | | | | | |
| 12. | iShares Trust Core MSCI Total Intl Stk (IXUS) | A | Dividend | J | T | | | | | |
| 13. | JP Morgan Core Bond (OBOCX) (X) | A | Dividend | J | T | | | | | |
| 14. | NMIS General NY MM Fund Class B | A | Interest | J | T | | | | | |
| 15. | Vanguard High Yield Tax Exempt Admiral (VWALX) | B | Dividend | K | T | | | | | |
| 16. | Vanguard NY LT Tax-Exempt Fund Investor | A | Dividend | J | T | | | | | |
| 17. | IRA #5 (Fidelity) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | O =$500,001 - $1,000,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | | | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Aberdeen Asia Pac Income (FAX) | A | Dividend | | | Sold | 05/11/17 | K | A | |
| 19.   - Bank of America Corp Bond | A | Interest | K | T | | | | | |
| 20.   DFA Targeted Credit Portfolio (DTCPX) | B | Dividend | M | T | Buy | 03/14/17 | L | | |
| 21.   - Fidelity Cash Reserves (FDRXX) | A | Dividend | K | T | | | | | |
| 22.   - Fidelity Floating Rate High Income (FFRHX) | A | Dividend | | | Sold | 08/01/17 | K | | |
| 23.   -Fidelity Short Term Bond (FSHBX) | A | Dividend | | | Buy (add'l) | 02/01/17 | K | | |
| 24. | | | | | Sold | 03/14/17 | L | | |
| 25.   Fidelity Short Term Treasury Bond Index Premium (FSBAX) | A | Dividend | L | T | Buy | 05/11/17 | K | | |
| 26. | | | | | Buy (add'l) | 08/31/17 | K | | |
| 27.   Fidelity Intermediate Treasure Bond Index Premium (FIBAX) | A | Dividend | K | T | Buy | 05/11/17 | K | | |
| 28.   - Goldman Sachs Group Inc Medium Term Note | B | Interest | K | T | | | | | |
| 29.   iShares Micro-Cap (IWC) | A | Dividend | K | T | Buy | 08/01/17 | K | | |
| 30.   - iShares MSCI EAFE Small Cap Index (SCZ) | B | Dividend | L | T | | | | | |
| 31.   - iShares S&P 500 Index (IVV) | A | Dividend | L | T | Sold (part) | 06/05/17 | J | B | |
| 32.   - Nuveen Build America (NBD) | C | Dividend | L | T | Sold (part) | 05/01/17 | K | A | |
| 33.   - Nuveen Credit Strategies Income Fund (JQC) | A | Dividend | | | Sold | 02/01/17 | K | B | |
| 34.   -Payden Global Low Duration (PYGSX) | A | Dividend | | | Sold | 05/11/17 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PIMCO Income Instl (PIMIX) | D | Dividend | M | T | | | | | |
| 36. -Powershares Build America Bond (BAB) | B | Dividend | K | T | | | | | |
| 37. Stone Ridge Reinsurance Risk Premium (SRRIX) | A | Dividend | K | T | Buy | 09/21/17 | K | | |
| 38. - Vanguard Emerging Markets (VWO) | B | Dividend | L | T | | | | | |
| 39. -Vanguard Short Term Corporate Bond (VCSH) | B | Dividend | L | T | | | | | |
| 40. IRA #6 (Fidelity) (H) | | | | | | | | | |
| 41. - Angel Oak Multistrat Income Instl (ANGIX) | A | Dividend | | | Sold | 07/06/17 | K | | |
| 42. - Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 43. Fidelity Floating Rate High Income (FFRHX) | A | Dividend | | | Buy | 05/01/17 | K | | |
| 44. | | | | | Sold | 07/06/17 | K | | |
| 45. Fidelity Intermediate Treasury Bond Index Premium (FIBAX) | A | Dividend | K | T | Buy | 11/08/17 | K | | |
| 46. -Fidelity Short Term Bond (FSHBX) | A | Dividend | | | Sold | 05/01/17 | K | A | |
| 47. iShares iBoxx High Yield Corporate Bond (HYG) | A | Dividend | | | Buy | 05/01/17 | K | | |
| 48. | | | | | Sold | 11/08/17 | K | | |
| 49. iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 50. iShares S&P Small Cap 600 Citigroup Value Index (IJS) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 51. | | | | | Buy (add'l) | 09/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Credit Strategies Income Fund (JQC) | A | Dividend | K | T | Buy | 11/08/17 | K | | |
| 53. | | | | | Buy (add'l) | 11/29/17 | K | | |
| 54. - Payden High Income (PYHRX) | B | Dividend | | | Sold | 11/08/17 | K | | |
| 55. -Vanguard GNMA Admiral (VFIJX) | B | Dividend | K | T | | | | | |
| 56. 401(K) #2 (H) | | | | | | | | | |
| 57. -Vanguard 500 Index (VFINX) | D | Dividend | N | T | Buy (add'l) | 01/13/17 | J | | |
| 58. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 59. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 60. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 61. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 62. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 63. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 64. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 65. | | | | | Sold (part) | 05/01/17 | K | | |
| 66. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 67. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 68. | | | | | Buy (add'l) | 06/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 70. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 71. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 72. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 73. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 74. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 75. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 76. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 77. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 78. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 79. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 80. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 81. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 82. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 83. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 84. - Vanguard Small Capitalization Stock (NAESX) | A | Dividend | M | T | Buy (add'l) | 01/13/17 | J | | |
| 85. | | | | | Buy (add'l) | 01/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 87. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 88. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 89. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 90. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 91. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 92. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 93. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 94. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 95. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 96. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 97. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 98. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 99. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 100. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 101. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 102. | | | | | Buy (add'l) | 09/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 104. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 105. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 106. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 107. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 108. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 109. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 110. - Vanguard Total Bond Market Index Inv (VBMFX) | D | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 111. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 112. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 113. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 114. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 115. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 116. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 117. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 118. | | | | | Buy (add'l) | 05/01/17 | K | | |
| 119. | | | | | Buy (add'l) | 05/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 121. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 122. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 123. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 124. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 125. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 126. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 127. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 128. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 129. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 130. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 131. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 132. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 133. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 134. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 135. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 136. | | | | | Buy (add'l) | 12/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Northwestern Mutual Whole Life Policy | C | Dividend | L | T | | | | | |
| 139. Northwestern Paid Up Life Insurance Policy #1 | B | Dividend | L | T | | | | | |
| 140. Northwestern Paid Up Life Insurance Policy #2 | B | Dividend | M | T | | | | | |
| 141. | | | | | | | | | |
| 142. IRA #7 (Fidelity) (H) (X) | | | | | | | | | |
| 143. AB High Income Advisor (AGDYX) (X) | A | Dividend | | | Sold | 12/04/17 | J | A | |
| 144. Artisan Mid Cap Investor (ARTMX) (X) | A | Dividend | | | Sold | 12/26/17 | J | | |
| 145. Eaton Vance Floating Rate (EIFAX) (X) | A | Dividend | J | T | | | | | |
| 146. Fideltiy Advisor Total Emerging Markets (FTEJX) (X) | A | Dividend | | | Sold | 12/04/17 | J | A | |
| 147. Fideity Advisor Real Estate Income (FRINX) (X) | A | Dividend | | | Sold | 12/04/17 | J | A | |
| 148. Fidelity Treasury Fund (FZFXX) | A | Dividend | J | T | Buy | 11/28/17 | J | | |
| 149. Hartford Growth Opportunities (HGOIX) (X) | A | Dividend | J | T | | | | | |
| 150. iShares Trust Core MSCI EAFE (IEFA) | | None | J | T | Buy | 12/26/17 | J | | |
| 151. iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | Buy | 12/04/17 | K | | |
| 152. iShares S&P 500 Value (IVE) | | None | J | T | Buy | 12/26/17 | J | | |
| 153. JP Morgan Core Bond (WOBDX) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. JP Morgan Equity Income (HLEIX) (X) | A | Dividend | | | Sold | 12/26/17 | J | A | |
| 155. MFS Value (MEIIX) (X) | A | Dividend | | | Sold | 12/26/17 | J | C | |
| 156. PIMCO Income Fund (PONPX) (X) | A | Dividend | J | T | | | | | |
| 157. Prudential Total Return Bond (PDBZX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L.. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Vincent L. Briccetti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544